## STATE OF CONNECTICUT *v.* FREDERICK WARREN (13793)

Schaller, Spear and Hennessy, Js.

Argued September 18—decision released October 10, 1995

*Jeffrey D. Hutcoe*, for the appellant (defendant).

*Denise B. Smoker*, deputy assistant state's attorney, with whom, on the brief, were *James E. Thomas*, state's attorney, and *Anne Mahoney*, deputy assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.